

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-18-00763-CR

Alton Darrell **BROWN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-9276
The Honorable Mark Luitjen, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed in this appeal on December 7, 2018. Appellant has been granted three extensions of time to file his brief, and the brief was due to be filed on March 14, 2019. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court